No. 257, Misc. WILSON v. CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 260, Misc. ODDO v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 115. WEISS v. UNITED STATES, *ante*, p. 820. Motion for leave to file a second petition for rehearing denied.

No. 293. UNITED STATES v. LANCE, INCORPORATED; and

No. 294. UNITED STATES v. LOVKNIT MANUFACTURING Co., INC. ET AL., *ante*, p. 896. The motion for leave to file brief of Congress of Industrial Organizations, as *amicus curiae,* is denied. The petition for rehearing is denied.

MR. JUSTICE FRANKFURTER joins the Court in denying the motion of the Congress of Industrial Organizations for leave to file a brief *amicus curiae,* but desires to add the following:

The United States, like any other party to a litigation, may refuse consent for any reason or no reason, selectively or uniformly, to the filing of a brief here on behalf of an *amicus curiae.* But such action by the Solicitor General is to be deemed to be taken entirely at his discretion, in no wise governed by a rule of this Court or the policy underlying it.

No. 42. BRACK v. GROSS, *ante*, p. 813;

No. 310. WATSON v. SUDDOTH, *ante*, p. 885;

No. 348. ELLIS v. GIRARD TRUST Co., TRUSTEE, *ante*, p. 870; and

No. 89, Misc. IN RE SPRAGUE, *ante*, p. 840. Petitions for rehearing denied.